■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMA SANTOYA, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on October 24, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Carro, J. P., Milonas, Wallach and Smith JJ.

■ In the Matter of JEFFREY S. LANGBERG, Admitted as JEFFREY STUART LANGBERG.—Petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective February 2, 1989. Concur—Kupferman, J. P., Ross, Carro, Wallach and Smith, JJ.